FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC. and THE DAILY
CALLER NEWS FOUNDATION  ⊞
_____
*Plaintiff*

v.

U.S. DEPARTMENT OF JUSTICE
_____
*Defendant*

)
)
)
)
)
)
)
)

Civil Action No. 18-967 (CKK)

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*

U.S. Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Bekesha
425 Third Street, SW
Suite 800
Washington, DC  20024

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*



Date:   4/26/2018
_____

/s/  Sherryl Horn
_____
*Signature of Clerk or Deputy Clerk*

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC. and THE DAILY
CALLER NEWS FOUNDATION ⊞ )
)
*Plaintiff* )
)
v. )
)
U.S. DEPARTMENT OF JUSTICE )
)
*Defendant* )

Civil Action No.   18-967 (CKK)

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*   U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Bekesha
425 Third Street, SW
Suite 800
Washington, DC 20024

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*



Date:   4/26/2018

/s/  Sherryl Horn

*Signature of Clerk or Deputy Clerk*

FOIA Summons
1/13

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC. and THE DAILY
CALLER NEWS FOUNDATION

*Plaintiff*

v.

U.S. DEPARTMENT OF JUSTICE

*Defendant*

)
)
)
)
)
)
)

Civil Action No.   18-967 (CKK)

### SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*   U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Bekesha
425 Third Street, SW
Suite 800
Washington, DC  20024

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*



Date:   4/26/2018

/s/  Sherryl Horn

*Signature of Clerk or Deputy Clerk*