UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC., *et al.*,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF JUSTICE,

    *Defendant*.

Civil Action No. 18-967-CKK

## DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT

Defendant, the United States Department of Justice, by undersigned counsel, respectfully submits this answer to the complaint filed by Plaintiffs Judicial Watch, Inc. and the Daily Caller News Foundation ("DCNF").

### AFFIRMATIVE DEFENSES

1.    Some of the information sought by Plaintiffs is exempt from release under one or more exemptions of the Freedom of Information Act ("FOIA").

2.    Plaintiffs' claims are or will soon be moot.

### RESPONSES TO THE NUMBERED PARAGRAPHS

All of the allegations in the complaint, including the relief sought, are denied except to the extent specifically admitted herein. Defendant admits, denies, or otherwise answers the numbered paragraphs in the complaint as follows:

### Jurisdiction and Venue[1]

1.    Admitted.

2.    Admitted.

---

[1] Defendant has included the headings from in the complaint solely for organizational purposes. It does not admit the accuracy of those headings.

**Parties**

3.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

4.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

5.   Defendant admits that it is an agency of the United States Government and that it is headquartered at 950 Pennsylvania Avenue, NW, Washington, DC 2530-0001. The remainder of this paragraph does not contain allegations but rather legal conclusions to which no response is required.

**Statement of Facts**

6.   Defendant admits that Judicial Watch submitted a FOIA request to the Federal Bureau of Investigation ("FBI") on May 22, 2017. Defendant refers to that request for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

7.   Defendant admits that the FBI sent Judicial Watch a letter dated May 25, 2017. Defendant refers to that letter for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

8.   Defendant admits that DCNF submitted a FOIA request to the FBI on February 16, 2018. Defendant refers to that request for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

9.   Defendant admits that the FBI sent DCNF a letter dated February 26, 2018. Defendant refers to that letter for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

10.   Admitted.

### Count I
### (Violation of FOIA, 5 U.S.C. § 552)

11. Defendant reasserts its responses to paragraphs 1 through 10 as if fully set forth herein.

12. This paragraph does not contain allegations but rather legal conclusions to which no response is required.

13. This paragraph does not contain allegations but rather legal conclusions to which no response is required

14. This paragraph does not contain allegations but rather legal conclusions to which no response is required

*   *   *

Defendant denies that Plaintiffs are entitled to any of the requested relief.

Dated: June 5, 2018                           Respectfully Submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:  /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar # 991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendant*