# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., *et al.*,<br>     Plaintiffs<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br>     Defendant | Civil Action No. 18-967 (CKK) |

## ORDER
(June 6, 2018)

This case comes before the Court upon the filing of Defendant's Answer to Plaintiffs' Complaint in which Defendant admits that, as of the date it filed its Answer, it has not yet produced the records requested by Plaintiffs or demonstrated that those records are exempt from production.  In light of this filing, it is this 6th day of June, 2018, hereby

**ORDERED** that the parties shall MEET AND CONFER and file a Joint Status Report proposing a schedule for proceeding in this matter. The schedule should address the status of Plaintiffs' FOIA requests, the anticipated number of documents responsive to Plaintiffs' FOIA requests, the anticipated date(s) for release of the documents requested by Plaintiffs, whether a motion for an *Open America* stay is likely in this case, whether a *Vaughn* index will be required in this case, etc. The parties shall file the schedule not later than **June 26, 2018**.

**SO ORDERED.**

                                                                  /s/
                                                       COLLEEN KOLLAR-KOTELLY
                                                       United States District Judge