UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., *et al.*, <br>                 *Plaintiffs*, <br> v. <br> U.S. DEPARTMENT OF JUSITCE, <br>                 *Defendant*. | Civil Action No. 18-967-CKK |

## JOINT STATUS REPORT

Defendant, the United States Department of Justice, and Plaintiffs, Judicial Watch, Inc. and Daily Caller News Foundation ("DCNF"), each by its undersigned counsel, submit this joint status report in response to the Court's minute order dated June 27, 2018.

1. This case concerns two requests under the Freedom of Information Act ("FOIA") for the records of former Director of the Federal Bureau of Investigation ("FBI") James Comey. First, on May 22, 2017, Judicial Watch submitted a FOIA request for memoranda by former Director Comey summarizing conversations with President Barack Obama, Vice President Joe Biden, Secretary of State Hillary Clinton, Senator Chuck Schumer, Representative Nancy Pelosi, and Senator John McCain, and any handwritten notes used to prepare such records. Second, on February 16, 2018, DCNF submitted a request for "records that identify and describe all meetings between former FBI Director James Comey and President Barack Obama."

2. On June 26, 2018, the parties submitted a joint status report in which the FBI stated that it was in the process of searching for records responsive to Plaintiffs' requests. The FBI stated that it had completed a search of hard-copy documents retrieved from the office of former Director Comey, which did not reveal any responsive records. The FBI also stated that it was conducting an initial electronic search of former Director Comey's emails. The FBI took a broad approach to this initial search, using the search terms "Obama," "Biden," "Clinton," "Schumer," "Pelosi," and

"McCain." That search returned a total of 7,128 documents consisting of 10,308 items on the FBI's unclassified enclave and 416 documents consisting of 438 items on its classified enclave.[1] The FBI proposed to review the results of its initial search to determine what was responsive and what was not. The FBI anticipated that it would complete its initial responsiveness review in the next 30 days.

    3.    <u>Defendant's position</u>: The FBI has now completed its initial responsiveness review and has narrowed the number of documents to 321 pages of potentially responsive records. The FBI expects to review those records to determine whether they are in fact responsive and whether any part of them is exempt from release under FOIA. The FBI estimates that it will complete that review and make any final release to Plaintiffs on or before <u>September 28, 2018</u>. Though the FBI has in the past been able to process records at the rate of 500 pages per month, its current estimated timeline takes into account significant increases in the FBI's FOIA workload, especially its processing of records related to ongoing litigation (often involving Judicial Watch) subject to court-ordered deadlines. The FBI further requests that the Court set a date for the parties to file another joint status report two weeks after the FBI's anticipated date for its final release: on or before **October 12, 2018**.

    4.    <u>Plaintiffs' position</u>: A September 28, 2018 completion date to review 321 pages is not reasonable. That is a rate of less than seven pages per business day.  Plaintiff's believe an August 28, 2018 date is reasonable and appropriate as it adheres to the FBI's general practice of processing 500 pages per month.  Plaintiffs therefore respectfully request the Court order

---

[1] The FBI uses the term "document" to encompass an email and all of its attachments, while the term "item" refers to the email and each attachment distinctly. Further, the FBI notes that it has counted documents and items, as distinct from pages. Each document and item may be any number of pages.

Defendant to produce all non-exempt, responsive records to Plaintiffs by August 28, 2018 and order the parties to file a joint status report by September 11, 2018.

Respectfully Submitted,

| | |
|---|---|
| JUDICIAL WATCH, INC. & <br> DAILY CALLER NEWS FOUNDATION | JESSIE K. LIU, D.C. Bar #472845 <br> United States Attorney |
| By:  /s/ Michael Bekesha <br> Michael Bekesha, D.C. Bar #995749 <br> JUDICIAL WATCH, INC. <br> 425 Third Street, S.W., Suite 800 <br> Washington, District of Columbia 20024 <br> Telephone: 202 646 5172 <br> Email: porfanedes@judicialwatch.org | DANIEL F. VAN HORN, D.C. Bar #924092 <br> Chief, Civil Division <br><br> By:  /s/ Johnny Walker <br> JOHNNY H. WALKER, D.C. Bar #991325 <br> Assistant United States Attorney <br> 555 4th Street, N.W. <br> Washington, District of Columbia 20530 <br> Telephone: 202 252 2575 <br> Email: johnny.walker@usdoj.gov |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

Dated: July 26, 2018