UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., *et al.*, <br> *Plaintiffs*, <br> v. <br> U.S. DEPARTMENT OF JUSITCE, <br> *Defendant*. | Civil Action No. 18-0967-CKK |

## JOINT STATUS REPORT

Defendant, the United States Department of Justice, and Plaintiffs, Judicial Watch, Inc. and Daily Caller News Foundation ("DCNF"), each by its undersigned counsel, submit this joint status report in response to the Court's minute order dated October 12, 2018.

1. This case concerns two requests under the Freedom of Information Act ("FOIA") for the records of former Director of the Federal Bureau of Investigation ("FBI") James Comey. First, on May 22, 2017, Judicial Watch submitted a FOIA request for memoranda by former Director Comey summarizing conversations with President Barack Obama, Vice President Joe Biden, Secretary of State Hillary Clinton, Senator Chuck Schumer, Representative Nancy Pelosi, and Senator John McCain, and any handwritten notes used to prepare such records. Second, on February 16, 2018, DCNF submitted a request for "records that identify and describe all meetings between former FBI Director James Comey and President Barack Obama."

2. The FBI has now finished processing potentially responsive records, including those records about which it had to consult other government agencies, and has issued a final release to Plaintiffs. Plaintiffs have stated that they dispute the adequacy of the FBI's search and its withholding of information as exempt from release under FOIA, except that Plaintiffs do not dispute the FBI's redaction of telephone numbers and email addresses.

3. Accordingly, the parties have conferred and propose the following briefing schedule for summary judgment motions:

| | |
|---|---|
| Defendant's Motion for Summary Judgment: | **January 28, 2019** |
| Plaintiffs' Opposition and Cross-Motion: | **February 25, 2019** |
| Defendant's Reply and Opposition: | **March 25, 2019** |
| Plaintiffs' Reply: | **April 8, 2019** |

Respectfully submitted,

| | |
|---|---|
| JUDICIAL WATCH, INC. & <br> DAILY CALLER NEWS FOUNDATION | JESSIE K. LIU, D.C. Bar #472845 <br> United States Attorney |
| By:  /s/ Michael Bekesha <br> Michael Bekesha, D.C. Bar #995749 <br> JUDICIAL WATCH, INC. <br> 425 Third Street, S.W., Suite 800 <br> Washington, District of Columbia 20024 <br> Telephone: 202 646 5172 <br> Email: porfanedes@judicialwatch.org | DANIEL F. VAN HORN, D.C. Bar #924092 <br> Chief, Civil Division <br><br> By:  /s/ Johnny Walker <br> JOHNNY H. WALKER, D.C. Bar #991325 <br> Assistant United States Attorney <br> 555 4th Street, N.W. <br> Washington, District of Columbia 20530 <br> Telephone: 202 252 2575 <br> Email: johnny.walker@usdoj.gov |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

Dated: November 18, 2018