*Judicial Watch, Inc. et al. v. DOJ*
18-cv-00967-CKK
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

# Exemption Application Index

| SUMMARY OF FOIA EXEMPTION JUSTIFICATION CATEGORIES ||
|---|---|
| **CODED CATEGORIES** | **INFORMATION WITHELD** |
| **EXEMPTION (b)(1)** | **CLASSIFIED INFORMATION** *Cited at times in conjunction with other exemptions (e.g., (b)(3), (b)(5), 6/7(C), 7(A) and 7(E))* |
| (b)(1)-1 | Information Properly Classified By an FBI Official Pursuant to E.O 13526 |
| **EXEMPTION (b)(3)** | **INFORMATION PROTECTED BY STATUE** *Cited at times in conjunction with other exemptions (e.g., (b)(1), (b)(5), 6/7(C), and 7(E))* |
| (b)(3)-1 | NSA of 1947 [50 USC Section 3024 (i)(l)] |
| **EXEMPTION (b)(5)** | **PRIVILEGED INFORMATION** *Cited at times in conjunction with other exemptions (e.g., 6/7(C), 7(A) and 7(E))* |
| (b)(5)-1 | Deliberative Process Priviledge |
| **(b)(6)/(b)(7)(C)** | **CLEARLY UNWARRANTED INVASION PRIVACY** |
| (b)(6)/(b)(7)(C)-1 | Names and/or Identifing Information of FBI Special Agents/Support Personel |
| (b)(6)/(b)(7)(C)-2 | Names and/or Identifying Information of Non-FBI Federal Government Personnel |
| (b)(6)/(b)(7)(C)-3 | Names and/or Identifying Information of Third Parties Merely Mentioned |
| (b)(6)/(b)(7)(C)-4 | Names and/or Identifying Data of Third Parties of Investigative Interest |
| **EXEMPTION (b)(7)(A)** | **PENDING LAW ENFORCEMENT PROCEEDINGS** |
| (b)(7)(A)-1 | Information Which, if Disclosed, Could Reasonably be Expected to interfere with Pending Law Enforcement Proceedings |
| **EXEMPTION (b)(7)(E)** | **INVESTIGATIVE TECHNIQUES AND PROCEDURES** *Cites at times in conjunction with other exemptions* |
| (b)(7)(E)-1 | Identity and/ or Location of FBI or Joint Units, Squads, Divisions |
| (b)(7)(E)-2 | Sensitive Phone Number for Other Government Agency (OGA) |
| (b)(7)(E)-4 | Collection / Analysis of Information |
| (b)(7)(E)-5 | Investigative Focus of Specific Investigations |
| (b)(7)(E)-6 | Sensitive Database Information |
| (b)(7)(E)-7 | Sensitive File Numbers |
| (b)(7)(E)-8 | Dates / Types of Investigations (Preliminary / Full Investigations) |
| (b)(7)(E)-9 | FBI Internal Non-Public Intranet Email Addresses and Phone Numbers |

**INDEX KEY**

|  |  |
|---|---|
| RIF: | Released in Full |
| RIP: | Released in Part |
| WIF: | Withheld in Full |
| FOIA WIF: | Withheld in full pursuant to FOIA Exemptions |
| WIF Other: | *See 'OTHER Non-responsive' explanation below* |
| Dupe: | Duplicate page withheld in full |
| OTHER Non-responsive | The FBI has removed some individual e-mail records as "Other – Non-responsive" because these records were not responsive to the FOIA request. |
| Per WH: | Information withheld by White House ("WH") |

*\*The FBI has determined it inadvertently counted seven (7) pages (Bates stamped pages FBI 18-CV-00967-88-89, 91-92, 97-99), which it sent as a consult referral to WH, in the "reviewed" pages tabulation twice on its August and September release letters.*

*\*The FBI initially cited Category (b)(7)(E)-3 on Bates page FBI-18-CV-00967-120; however upon further review the FBI determined this information should instead be protected with Category (b)(7)(E)-4 for Collection / Analysis of Information. Therefore (b)(7)(E)-3 is listed on the exemption columns in the Index, but there is no accompanying description necessary for it.*

| Document Description | Bates "FBI 18-CV-00967" | b1 1 | b3 1 | b5 1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 7A 1 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | 7E 9 | OTHER Non-responsive | Per WH | RIF | RIP | FOIA WIF | Dupe | WIF Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Duplicate to FBI 18-CV-00967-2 | 1 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Email from Mr Comey detailing secure call schedule for 10/16/2014 | 2 | | | | X | X | | | | | | | | | | | | | | | | | X | | |
| Duplicate to FBI 18-CV-00967-7 through 8 | 3 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Duplicate to FBI 18-CV-00967-7 through 8 | 4 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Duplicate to FBI 18-CV-00967-7 through 8 | 5 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Duplicate to FBI 18-CV-00967-7 through 8 | 6 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Email from Mr Comey detailing secure call schedule for 10/16/2014; additional details provided pg 1 | 7 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Email from Mr Comey detailing secure call schedule for 10/16/2014; additional details provided pg 2 | 8 | | | | X | X | | | | | | | | | | | | | | | | | X | | |
| Duplicate to FBI 18-CV-00967-11 through 12 | 9 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Duplicate to FBI 18-CV-00967-11 through 12 | 10 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Email to Mr Comey discussing his contact with Nancy Pelosi pg 1 (containing separate emails not responsive to the FOIA request) | 11 | | | | X | | | | | | | | | | | | | | X | | | | X | | |
| Email to Mr Comey discussing his contact with Nancy Pelosi pg 2 (containing separate emails not responsive to the FOIA request) | 12 | | | | X | | | | | | | | | | | | | | X | | | | X | | |
| Meeting maker for CT/Homeland Threat Meeting w/POTUS for 9/10/2013 | 13 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Meeting maker re: Brief POTUS w/AG about Navy Shooting for 9/17/2013 | 14 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Meeting maker for CT/Homeland Threat Meeting w/POTUS for 10/1/2013 | 15 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Meeting maker for IC Leadership w/POTUS for 10/2/2013 | 16 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Meeting maker to attend POTUS Announcement re DHS Secretary for 10/18/2013 | 17 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Meeting maker for CT/Homeland Threat Meeting w/POTUS for 11/4/2013 | 18 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Duplicate to FBI 18-CV-00967-21 through 22 | 19 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Duplicate to FBI 18-CV-00967-21 through 22 | 20 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Email from Mr Comey re: invite to a White House dinner on 12/16/2013 | 21 | | | | X | | X | | | | | | | | | | | | | | | | X | | |
| White House invitation for dinner on 12/16/2013 | 22 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Meeting maker for White House dinner on 12/16/2013 | 23 | | | | X | | X | | | | | | | | | | | | | | | | X | | |
| Meeting maker for CT/Homeland Threat Meeting w/POTUS for 12/17/2013 | 24 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Meeting maker for POTUS meeting w/IC leaders for 1/8/2014 | 25 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Meeting maker re Prep for POTUS on 1/7/2014 | 26 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Duplicate to FBI 18-CV-00967-28 | 27 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Email from Chuck Rosenberg to Mr Comey re meeting with former AUSA dated 3/14/2014 | 28 | | | | X | | X | | | | | | | | | | | | | | | | X | | |
| Duplicate to FBI 18-CV-00967-30 | 29 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Email from Mr Comey re questions to be asked at meeting with POTUS dated 3/18/2014 | 30 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Duplicate to FBI 18-CV-00967-37 through 38 | 31 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Duplicate to FBI 18-CV-00967-37 through 38 | 32 | | | | | | | | | | | | | | | | | | | | | | | X | |

| Document Description | Bates "FBI 18-CV-00967" | b1 1 | b3 1 | b5 1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 7A 1 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | 7E 9 | OTHER Non-responsive | Per WH | RIF | RIP | FOIA WIF | Dupe | WIF Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Duplicate to FBI 18-CV-00967-37 through 38 | 33 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Duplicate to FBI 18-CV-00967-37 through 38 | 34 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Duplicate to FBI 18-CV-00967-37 through 38 | 35 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Duplicate to FBI 18-CV-00967-37 through 38 | 36 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Email from Mr. Comey dated 3/18/2014 re questions for a meeting with POTUS pg. 1 | 37 | | | X | X | | X | | | | | | | | | | | | | | | | X | | |
| Email from Mr. Comey dated 3/18/2014 re questions for a meeting with POTUS pg. 2 | 38 | | | X | X | | X | | | | | | | | | | | | | | | | X | | |
| Meeting maker for CT/Homeland Threat Meeting w/POTUS for 7/1/2014 | 39 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Meeting maker for NSC w/POTUS for 7/28/2014 | 40 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Meeting maker re Prep for NSC w/POTUS on 7/28/2014 | 41 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Meeting maker re POTUS meeting on 10/16/2014 | 42 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Meeting maker re Prep for POTUS meeting on 10/28/2014 | 43 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Meeting maker for Homeland Session w/POTUS for 10/29/2014 | 44 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Meeting maker re Going Dark w/POTUS for 3/9/2015 | 45 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Meeting maker re Prep for POTUS on 3/9/2015 | 46 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Meeting maker for Homeland Session w/POTUS for 4/8/2015 | 47 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Meeting maker for Homeland Security/CT Session w/POTUS for 6/16/2015 | 48 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Meeting maker re Prep for POTUS meeting on 6/16/2015 | 49 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Meeting maker re Meet with POTUS on 7/16/2015 | 50 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Meeting maker re Prep for POTUS on 8/7/2015 | 51 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Meeting maker for Homeland Security/CT Session w/POTUS for 8/7/2015 | 52 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Meeting maker re Prep for Homeland Session w/POTUS on 9/8/2015 | 53 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Meeting maker CT Session w/POTUS for 9/9/2015 | 54 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Meeting maker re Meeting with POTUS in Oval Office on 10/29/2015 | 55 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Email from Mr. Comey to James Rybicki to determine if Mr. Comey would attend an NSC with POTUS dated 11/22/2015 | 56 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Meeting maker for NSC w/POTUS for 11/24/2015 | 57 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Duplicate to FBI 18-CV-00967-59 | 58 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Email from Mr. Comey to James Rybicki re NSC with POTUS dated 11/24/2015 | 59 | | | X | X | | | | | | | | | | | | | | | | | | X | | |
| Meeting maker for Threat Briefing w/POTUS for 11/25/2015 | 60 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Duplicate to FBI 18-CV-00967-62 | 61 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Email from James Rybicki re POTUS update meeting dated 12/4/2015 pg. 1 | 62 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Duplicate to FBI 18-CV-00967-65 | 63 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Duplicate to FBI 18-CV-00967-65 | 64 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Email from James Rybicki re POTUS update meeting dated 12/4/2015 pg. 2 | 65 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Meeting maker re Prep for Homeland Session w/POTUS (via SVTC) on 12/17/2015 | 66 | | | | X | | | | | | | | | | | | | | | | | | X | | |

| Document Description | Bates "FBI 18-CV-00967" | b1 1 | b3 1 | b5 1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 7A 1 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | 7E 9 | OTHER Non-responsive | Per WH | RIF | RIP | FOIA WIF | Dupe | WIF Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Duplicate to FBI 18-CV-00967-68 | 67 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Email from James Rybicki re SVTC meetings scheduled dated 12/16/2015 pg 1 | 68 | | | | X | | | | | X | | | | | | | | | | | | X | | | |
| Duplicate to FBI 18-CV-00967-70 | 69 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Email from James Rybicki re SVTC meetings scheduled dated 12/16-12/17/2015 pg 2 | 70 | | | | X | | | | | X | | | | | | | | | | | | X | | | |
| Email from Mr Comey re POTUS meeting dated 12/17/2015 | 71 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Email from Mr Comey re POTUS meeting dated 12/29/2015 (for 1/4//2016 meeting) | 72 | | | | X | X | | | | | | | | | | | | | | | | X | | | |
| Meeting maker re Meeting with POTUS in Oval Office on 1/4/2016 | 73 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Meeting maker re Meeting with POTUS in room 7062 on 1/4/2016 | 74 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Meeting maker re Meeting with POTUS in room 7062 on 4/14/2016 | 75 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Meeting maker re Meeting with POTUS inWHSR on 4/14/2016 | 76 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Meeting maker re Meeting with POTUS inWHSR (via SVTC) on 5/19/2016 | 77 | | | | X | | | | | | X | | | | | | | | | | | X | | | |
| Email regarding meetings with FBI Officials (not Mr Comey) | 78 | | | | | | | | | | | | | | | | | | X | | | | | | X |
| Email from Lisa Monaco to Mr Comey and Andrew McCabe re POTUS briefing dated 6/12/2016 pg 1 | 79 | | | | X | X | | | | | | | | | | | | | | | | X | | | |
| Email from Lisa Monaco to Mr Comey and Andrew McCabe re POTUS briefing dated 6/12/2016 pg 2 | 80 | | | | | | | | | | | | | | | | | | | | X | | | | |
| Duplicate to FBI 18-CV-00967-85 through 86 | 81 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Duplicate to FBI 18-CV-00967-85 through 86 | 82 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Email chain re POTUS briefing dated 6/12/2016 pg 1 | 83 | | | | X | X | | | | | | | | | | | | | | | | X | | | |
| Email chain re POTUS briefing dated 6/12/2016 pg 2 | 84 | | | | X | X | | | | | | | | | | | | | | | | X | | | |
| Email chain re POTUS briefing dated 6/12/2016 pg 3 | 85 | | | | X | X | | | | | | | | | | | | | | | | X | | | |
| Email chain re POTUS briefing dated 6/12/2016 pg 4 | 86 | | | | X | X | | | | | | | | | | | | | | | | X | | | |
| Duplicate to FBI 18-CV-00967-88 | 87 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Email chain re POTUS briefing dated 6/12/2016 (update) pg 5 | 88 | | | | X | X | | | | | | | | | | | | | | | | X | | | |
| Email chain re POTUS briefing dated 6/12/2016 (update) pg 6 | 89 | | | | X | X | | | | | | | | | | | | | | | | X | | | |
| Duplicate to FBI 18-CV-00967-91 | 90 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Email chain re POTUS briefing dated 6/12/2016 (update) pg 7 | 91 | | | | X | X | | | | | | | | | | | | | | | | X | | | |
| Email chain re POTUS briefing dated 6/12/2016 (update) pg 8 | 92 | | | | X | X | | | | | | | | | | | | | | | | X | | | |
| Duplicate to FBI 18-CV-00967-97 | 93 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Duplicate to FBI 18-CV-00967-97 | 94 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Duplicate to FBI 18-CV-00967-99 | 95 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Duplicate to FBI 18-CV-00967-99 | 96 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Email chain re POTUS briefing dated 6/12/2016 (update) pg 9 | 97 | | | | X | X | | | | | | | | | | | | | | | | X | | | |
| Email chain re POTUS briefing dated 6/12/2016 (update) pg 10 | 98 | | | | X | X | | | | | | | | | | | | | | | | X | | | |
| Email chain re POTUS briefing dated 6/12/2016 (update) pg 11 | 99 | | | | X | X | | | | | | | | | | | | | | | | X | | | |
| Meeting maker for POTUS meeting on 6/13/2016 | 100 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Email from Mr Comey regarding Draft POTUS statement dated 6/14/2016 | 101 | | | | X | | X | | | | | | | | | | | | | | | X | | | |

| Document Description | Bates "FBI 18-CV-00967" | b1 1 | b3 1 | b5 1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 7A 1 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | 7E 9 | OTHER Non-responsive | Per WH | RIF | RIP | FOIA WIF | Dupe | WIF Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Email from Mr Comey regarding POTUS meeting dated 8/2/2016 | 102 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Meeting maker re NSC meeting w/ POTUS in WHSR dated 8/3/2016 | 103 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Meeting maker re Meeting w/ POTUS in WHSR dated 8/30/2016 | 104 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Duplicate to FBI 18-CV-00967-106 | 105 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Email from Mr Comey regarding WH meeting dated 8/29/2016 | 106 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Email from Mr Comey regarding Tuesday meetings dated 8/29/2016 | 107 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Meeting maker re PDB Brief with POTUS in Oval Office on 10/3/2016 | 108 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Meeting maker re Meeting w/ POTUS in WHSR dated 12/6/2016 | 109 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Meeting maker re POTUS Briefing in Oval Office on 1/5/2017 | 110 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Email re Meeting w/POTUS dated 9/26/2013 p 1 | 111 | | | | X | | | | | | | | | | | | | | | b5, b6 | | X | | | |
| Email re Meeting w/POTUS dated 9/26/2013 p 2 | 112 | | | | X | | | | | | | | | | | | | | | b5, b6 | | X | | | |
| Meeting Maker re Prep for POTUS meeting dated 1/7/2014 | 113 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Email from Chuck Rosenberg to Mr Comey re meeting with POTUS dated 1/31/2014 | 114 | | | | X | | | | | | | | | | | | | | | b5, b6 | | X | | | |
| Email from Chuck Rosenberg to Mr Comey re Secure POTUS Call invite dated 4/2/2014 p 1 | 115 | | | | X | | | | | | | | | | | | | | | b5, b6 | | X | | | |
| Email from Chuck Rosenberg to Mr Comey re Secure POTUS Call invite dated 4/2/2014 p 2 | 116 | | | | | | | | | | | | | | | | | | | b6 | | X | | | |
| Email from Mr Comey to Chuck Rosenberg re: POTUS video chat dated 10/27/2014 p 1 | 117 | | | X | X | | | | | | | | | | | | | | | | | X | | | |
| Email from Mr Comey to Chuck Rosenberg re: POTUS video chat dated 10/27/2014 p 2 | 118 | | | | | | | | | | | | | | | | | | | | X | | | | |
| Email from James Rybicki to Mr Comey re Homeland Session Prep Materials dated 10/27/2014 | 119 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Email from Mr Comey to James Rybicki re call prior to SVTC dated 12/15/2014 | 120 | | | | X | | | | | | | X | | | | | | | | | | X | | | |
| Meeting maker re Prep for POTUS meeting in JCC Room 6100 dated 3/9/2015 p 1 | 121 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Meeting maker re Prep for POTUS meeting in JCC Room 6100 dated 3/9/2015 p 2 | 122 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Meeting maker re Prep for POTUS meeting (DAG Request) in JCC Room 6100 dated 3/9/2015 | 123 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Meeting maker re Prep for POTUS meeting in JCC Room 6100 dated 3/9/2015 p 3 | 124 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Meeting maker re Prep for POTUS meeting in JCC Room 6100 dated 3/9/2015 p 4 | 125 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Email from James Rybicki to Mr Comey re POTUS Meeting Wednesday dated 11/24/2015 | 126 | | | | | | | | | | | | | | | | | | | | X | | | | |
| Email from James Rybicki to Mr Comey re POTUS Meeting w/ homeland/national security officials dated 11/24/2015 p 1 | 127 | | | | X | | | | | | | | | | | | | | | b5, b6 | | X | | | |
| Email from James Rybicki to Mr Comey re POTUS Meeting w/ homeland/national security officials dated 11/24/2015 p 2 | 128 | | | | | | | | | | | | | | | | | | | | X | | | | |

| Document Description | Bates "FBI 18-CV-00967" | b1 1 | b3 1 | b5 1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 7A 1 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | 7E 9 | OTHER Non-responsive | Per WH | RIF | RIP | FOIA WIF | Dupe | WIF Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Email from James Rybicki to Mr Comey re invitaion for POTUS Meeting dated 11/24/2015 p 1 | 129 | | | | X | | | | | | | | | | | | | | | b5, b6 | | X | | | |
| Email from James Rybicki to Mr Comey re invitaion for POTUS Meeting dated 11/24/2015 p 2 | 130 | | | | X | | | | | | | | | | | | | | | b5, b6 | | X | | | |
| Email from James Rybicki to Mr Comey re invitaion for POTUS Meeting dated 11/24/2015 p 3 | 131 | | | | | | | | | | | | | | | | | | | b5, b6 | | X | | | |
| Email to Mr Comey and Rybicki re invitaion for POTUS Meeting dated 11/24/2015 p 1 | 132 | | | | X | | | | | | | | | | | | | | | b5, b6 | | X | | | |
| Email to Mr Comey and Rybicki re invitaion for POTUS Meeting dated 11/24/2015 p 2 | 133 | | | | X | | | | | | | | | | | | | | | b5, b6 | | X | | | |
| Email to Mr Comey and Rybicki re invitaion for POTUS Meeting dated 11/24/2015 p 3 | 134 | | | | | | | | | | | | | | | | | | | b6 | | X | | | |
| Duplicate to FBI 18-CV-00967-137 through 138 | 135 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Duplicate to FBI 18-CV-00967-137 through 138 | 136 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Email from Michael Steinbach to Mssrs Comey, Rybicki and Giulano re feedback for prep with POTUS meeting dated 11/25/2015 p 1 | 137 | | | X | X | X | | | | | | | | | | | | | | | | X | | | |
| Email from Michael Steinbach to Mssrs Comey, Rybicki and Giulano re feedback for prep with POTUS meeting dated 11/25/2015 p 2 | 138 | | | X | | | | | | | | | | | | | | | | | | | | X | |
| Email from Mr Comey to James Rybicki re feedback for prep with POTUS meeting dated 11/25/2015 p 1 | 139 | | | X | X | | | | | | | | | | | | | | | | | | X | | | |
| Email from Mr Comey to James Rybicki re feedback for prep with POTUS meeting dated 11/25/2015 p 2 | 140 | | | X | X | | | | | | | | | | | | | | | | | | X | | | |
| Email from Mr Comey to James Rybicki re major events for the following week dated 1/1/2016 | 141 | | | | X | | | | | | | | | | | | | | | | | | X | | | |
| Duplicate to FBI 18-CV-00967-143 | 142 | | | | | | | | | | | | | | | | | | | | | | | | X | |
| Email from Mr Comey to James Rybicki re DOJ agenda for SVTC dated 4/4/2016 | 143 | | | X | X | | | | | | | | | | | | | | | | | | X | | | |
| Email from Mr Comey to Mssrs McCabe and Rybicki re Meeting with POTUS dated 4/7/2016 | 144 | | | | X | | | | | | | | | | | | | | | | b5, b6 | | X | | | |
| Duplicate to FBI 18-CV-00967-155 through 158 | 145 | | | | | | | | | | | | | | | | | | | | | | | | X | |
| Draft document re speaking points for POTUS meeting p 1 | 146 | | | X | X | | | | | | | | | | | | | | | | | | | X | | |
| Draft document re speaking points for POTUS meeting p 2 | 147 | | | X | | | | | | | | | | | | | | | | | | | | X | | |
| Draft document re speaking points for POTUS meeting p 3 | 148 | | | X | | | | | | | | | | | | | | | | | | | | X | | |
| Draft document re speaking points for POTUS meeting p 4 | 149 | | | X | | | | | | | | | | | | | | | | | | | | X | | |
| Draft document re speaking points for POTUS meeting p 5 | 150 | | | X | | | | | | | | | | | | | | | | | | | | X | | |
| Draft document re speaking points for POTUS meeting p 6 | 151 | | | X | | | | | | | | | | | | | | | | | | | | X | | |
| Draft document re speaking points for POTUS meeting p 7 | 152 | | | X | X | | | | | | | | | | | | | | | | | | | X | | |
| Draft document re speaking points for POTUS meeting p 8 | 153 | | | X | | | | | | | | | | | | | | | | | | | | X | | |
| Duplicate to FBI 18-CV-00967-155 through 158 | 154 | | | | | | | | | | | | | | | | | | | | | | | | X | |
| Email from James Rybicki to Mr Comey re POTUS meeting on Encryption dated 4/13/2016 p 1 | 155 | | | | X | | | | | | | | | | | | | | | | | | X | | | |
| Email from James Rybicki to Mr Comey re POTUS meeting on Encryption dated 4/13/2016 p 2 | 156 | | | | | | | | | | | | | | | | | | | | | X | | | | |

| Document Description | Bates "FBI 18-CV-00967" | b1 | b3 | b5 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 7A 1 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | 7E 9 | OTHER Non-responsive | Per WH | RIF | RIP | FOIA WIF | Dupe | WIF Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Email from James Rybicki to Mr Comey re POTUS meeting on Encryption dated 4/13/2016 p 3 | 157 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Email from James Rybicki to Mr Comey re POTUS meeting on Encryption dated 4/13/2016 p 4 | 158 | | | | | | | | | | | | | | | | | | | | X | | | | |
| Email from James Rybicki to Mr Comey re the Director's schedule for Wednesay dated 5/18/2016 | 159 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Email from Andrew McCabe to Mssrs Comey and Rybicki re the Director potentially speaking to the public dated 6/12/2016 p 1 | 160 | | | | X | | | | | | | | | | | | | | | b6 | | X | | | |
| Email from Andrew McCabe to Mssrs Comey and Rybicki re the Director potentially speaking to the public dated 6/12/2016 p 2 | 161 | | | | X | | | | | | | | | | | | | | | b6 | | X | | | |
| Email from James Rybicki to Mr Comey re proposed SVTC topics of discussion dated 6/15/2016 | 162 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Email from Mr Comey to James Rybicki re POTUS dated 6/15/2016 p 1 | 163 | | | | X | | | | X | | | | | | | | | | | b5, b6 | | X | | | |
| Email from Mr Comey to James Rybicki re POTUS dated 6/15/2016 p 2 | 164 | | | | | | | | | | | | | | | | | | | b5, b6 | | X | | | |
| Email from James Rybicki to Mr Comey re NSC meeting w/ POTUS dated 7/15/2016 | 165 | | | | X | | | X | X | | | | X | | | | | | | | | X | | | |
| Email from Mr Comey to Mssrs McCabe and Rybicki re Meeting with POTUS (road map of the meeting) dated 7/18/2016 p 1 | 166 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Email from Mr Comey to Mssrs McCabe and Rybicki re Meeting | 167 | | | | | | | | | | | | | | | | | | | | X | | | | |
| Email from Mr Comey to Mssrs McCabe and Rybicki re Meeting with POTUS (road map of the meeting) dated 7/18/2016 p 3 | 168 | | | | | | | | | | | | | | | | | | | | X | | | | |
| Duplicate to FBI 18-CV-00967-174 through 175 | 169 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Duplicate to FBI 18-CV-00967-174 through 175 | 170 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Duplicate to FBI 18-CV-00967-174 through 175 | 171 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Duplicate to FBI 18-CV-00967-174 through 175 | 172 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Duplicate to FBI 18-CV-00967-174 through 175 | 173 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Email from James Rybicki to Mr Comey re Prep for POTUS meeting dated 8/25/2016 p 1 | 174 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Email from James Rybicki to Mr Comey re Prep for POTUS meeting dated 8/25/2016 p 2 | 175 | | | | | | | | | | | | | | | | | | | | X | | | | |
| Duplicate to FBI 18-CV-00967-178 through 179 | 176 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Duplicate to FBI 18-CV-00967-178 through 179 | 177 | | | | | | | | | | | | | | | | | | | | | | | X | |
| Declassified email from Mr Comey to Mssrs Steinbach, Giulano, Giacalone and Rybicki re talking points for POTUS brief dated 12/5/2015 p 1 | 178 | | | X | X | | | X | X | | | | X | X | | | | | | | | X | | | |
| Declassified email from Mr Comey to Mssrs Steinbach, Giulano, Giacalone and Rybicki re talking points for POTUS brief dated 12/5/2015 p 2 | 179 | | | X | | | | X | X | | | | X | X | | | | | | | | | | X | |
| Declassified email from Mr Comey to Mssrs Steinbach, Giulano, Giacalone and Rybicki re talking points for POTUS brief dated 12/5/2015 p 3 | 180 | X | X | X | | | | X | X | | | | X | X | | | | | | | | | | X | |

| Document Description | Bates "FBI 18-CV-00967" | b1 1 | b3 1 | b5 1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 7A 1 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | 7E 9 | OTHER Non-responsive | Per WH | RIF | RIP | FOIA WIF | Dupe | WIF Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Declassified email from John Giacalone to Mssrs Comey, Giulano, and Rybicki re talking points for POTUS brief dated 12/5/2015 p 1 | 181 | | | X | X | | | X | X | | | | X | X | | | | | | | | | X | | |
| Declassified email from John Giacalone to Mssrs Comey, Giulano, and Rybicki re talking points for POTUS brief dated 12/5/2015 p 2 | 182 | X | X | X | | | | X | X | | | | X | X | | | | | | | | | | X | |
| Declassified email from John Giacalone to Mssrs Comey, Giulano, and Rybicki re talking points for POTUS brief dated 12/5/2015 p 3 | 183 | | | X | | | | | X | | | | X | X | | | | | | | | | | X | |
| Email re POTUS containing deliberative discussions p 1 | 184 | | | X | X | X | | | | | | | X | | | | | | | | | | | X | |
| Email re POTUS containing deliberative discussions p 2 | 185 | | | X | | X | | | | | | | X | | | | | | | | | | | X | |
| Duplicate to FBI 18-CV-00967-189 through 191 | 186 | | | | | | | | | | | | | | | | | | | | | | | | X |
| Duplicate to FBI 18-CV-00967-189 through 191 | 187 | | | | | | | | | | | | | | | | | | | | | | | | X |
| Duplicate to FBI 18-CV-00967-189 through 191 | 188 | | | | | | | | | | | | | | | | | | | | | | | | X |
| Duplicate to FBI 18-CV-00967-193 through 194 | 189 | | | | | | | | | | | | | | | | | | | | | | | | X |
| Duplicate to FBI 18-CV-00967-193 through 194 | 190 | | | | | | | | | | | | | | | | | | | | | | | | X |
| Investigative Report detailng sensitive law enforcement techniques and procedures p 1 | 191 | | X | | X | | | X | | | | | X | X | | X | X | | | | | | | X | |
| Investigative Report detailng sensitive law enforcement techniques and procedures p 2 | 192 | | X | | | | | | | | | | X | X | | X | X | | | | | | | X | |
| Declassified email from Mr Comey to Jay Tabb re Prep for POTUS brief p 1 | 193 | | | | X | | | | X | | | | | | | | | | | | | | X | | |
| Declassified email from Mr Comey to Jay Tabb re Prep for POTUS brief p 2 | 194 | | | | X | | | | | | | | | | | | X | | | | | | X | | |
| Duplicate to FBI 18-CV-00967-199 through 202 | 195 | | | | | | | | | | | | | | | | | | | | | | | | X |
| Duplicate to FBI 18-CV-00967-199 through 202 | 196 | | | | | | | | | | | | | | | | | | | | | | | | X |
| Duplicate to FBI 18-CV-00967-199 through 202 | 197 | | | | | | | | | | | | | | | | | | | | | | | | X |
| Duplicate to FBI 18-CV-00967-199 through 202 | 198 | | | | | | | | | | | | | | | | | | | | | | | | X |
| Declassified email from Jay Tabb to various named FBI Officials re prep for POTUS brief p 1 | 199 | | | | X | | | | X | | X | | | | | | | | | | | | X | | |
| Declassified email from Jay Tabb to various named FBI Officials re prep for POTUS brief p 2 | 200 | | | | X | | | | | | | | | | | | X | | | | | | X | | |
| Investigative Report detailng sensitive law enforcement techniques and procedures p 1 | 201 | | X | | X | | | X | | | | | X | X | | X | X | | | | | | | X | |
| Investigative Report detailng sensitive law enforcement techniques and procedures p 2 | 202 | | X | | | | | X | | | | | X | X | X | X | X | | | | | | | X | |
| Cover sheet for materials for POTUS Encryption Meeting dated 5/19 via SVTC p 1 | 203 | | | | X | | | | | | | | | | | | | | | | | | X | | |
| Materials for POTUS Encryption Meeting dated 5/19 via SVTC p 2 | 204 | | | | X | X | | | | | | | X | | | | | | | | | | | X | |
| Materials for POTUS Encryption Meeting dated 5/19 via SVTC p 3 | 205 | | | | X | | | | X | | | | X | X | | | | | | | | | | X | |
| Materials for POTUS Encryption Meeting dated 5/19 via SVTC p 4 | 206 | | | | X | | | | | | | | X | | | | | | | | | | | X | |
| Materials for POTUS Encryption Meeting dated 5/19 via SVTC p 5 | 207 | | | | X | | | | | | | | X | | | | | | | | | | | X | |
| Materials for POTUS Encryption Meeting dated 5/19 via SVTC p 6 | 208 | | | | X | X | | | | | | | X | | | | | | | | | | | X | |
| Materials for POTUS Encryption Meeting dated 5/19 via SVTC p 7 | 209 | | | | X | | X | | | | | | X | | | | | | | | | | | X | |
| Materials for POTUS Encryption Meeting dated 5/19 via SVTC p 8 | 210 | | | | X | | | | | | | | X | | | | | | | | | | | X | |

| Document Description | Bates "FBI 18-CV-00967" | b1 | b3 | b5 | 6/7C1 | 6/7C2 | 6/7C3 | 6/7C4 | 7A1 | 7E1 | 7E2 | 7E3 | 7E4 | 7E5 | 7E6 | 7E7 | 7E8 | 7E9 | OTHER Non-responsive | Per WH | RIF | RIP | FOIA WIF | Dupe | WIF Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Materials for POTUS Encryption Meeting dated 5/19 via SVTC p 9 | 211 | | | X | | | | | | | | | X | | | | | | | | | | X | | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 1 | 212 | | | X | X | X | | | | | | | X | | | | | | | | | X | | | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 2 | 213 | | | X | | | | | | | | | X | | | | | | | | | | X | | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 3 | 214 | | | X | | | | | | | | | X | | | | | | | | | | X | | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 4 | 215 | | | X | | | | | | | | | X | | | | | | | | | | X | | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 5 | 216 | | | | X | | | | | | | | X | | | | | | | | | | X | | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 6 | 217 | | | X | X | | | | | | | | X | | | | | | | | | | X | | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 7 | 218 | | | X | | | | | | | | | X | | | | | | | | | | X | | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 8 | 219 | | | X | | | | | | | | | X | | | | | | | | | | X | | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 9 | 220 | | | X | X | X | | | | | | | X | | | | | | | | | | X | | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 10 | 221 | | | X | | | | | | | | | X | | | | | | | | | | X | | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 11 | 222 | | | X | | | | | | | | | X | | | | | | | | | | X | | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 12 | 223 | | | X | | | | | | | | | X | | | | | | | | | | X | | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 13 | 224 | | | X | | | | | | | | | X | | | | | | | | | | X | | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 14 | 225 | | | X | | | | | | | | | X | | | | | | | | | | X | | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 15 | 226 | | | X | | | | | | | | | X | | | | | | | | | | X | | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 16 | 227 | | | X | | | | | | | | | X | | | | | | | | | | X | | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 17 | 228 | | | X | | | | | | | | | X | | | | | | | | | | X | | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 18 | 229 | | | X | | | | | | | | | X | | | | | | | | | | X | | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 19 | 230 | | | X | | | | | | | | | X | | | | | | | | | | X | | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 20 | 231 | | | X | | | | | | | | | X | | | | | | | | | | X | | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 21 | 232 | | | X | | | | | | | | | X | | | | | | | | | | X | | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 22 | 233 | | | X | | | | | | | | | X | | | | | | | | | | X | | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 23 | 234 | | | X | X | | | | | | | | X | | | | | | | | | | X | | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 24 | 235 | | | X | X | | | | | | | | X | | | | | | | | | | X | | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 25 | 236 | | | X | | | | | | | | | X | | | | | | | | | | X | | |

| Document Description | Bates "FBI 18-CV-00967" | b1 1 | b3 1 | b5 1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 7A 1 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | 7E 9 | OTHER Non-responsive | Per WH | RIF | RIP | FOIA WIF | Dupe | WIF Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 26 | 237 | | | X | | | | | | | | | X | | | | | | | | | | | X | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 27 | 238 | | | X | | | | | | | | | X | | | | | | | | | | | X | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 28 | 239 | | | X | | | | | | | | | X | | | | | | | | | | | X | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 29 | 240 | | | X | | | | | | | | | X | | | | | | | | | | | X | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 30 | 241 | | | X | | | | | | | | | X | | | | | | | | | | | X | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 31 | 242 | | | X | | | | | | | | | X | | | | | | | | | | | X | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 32 | 243 | | | X | | | | | | | | | X | | | | | | | | | | | X | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 33 | 244 | | | X | | | | | | | | | X | | | | | | | | | | | X | |
| Memorandum re POTUS Meeting on Encryption dated 5/18/2016 p 34 | 245 | | | X | X | | | | | | | | X | | | | | | | | | | | X | |
| Email re Monday Cabinet coffee dated 3/24/2016 | 246 | | | | X | | | | X | | | | | | | | | | | b5, b6 | | X | | | |
| Handwritten note about prep for Cabinet coffee meeting | 247 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Dratft deliberative discussions re Cabinet coffee p 1 | 248 | | | X | X | | | | | | | | X | | | | | | | | | | | X | |
| Dratft deliberative discussions re Cabinet coffee p 2 | 249 | | | X | | | | | | | | | X | | | | | | | | | | | X | |
| Transcript of President's Comments on encryption at SXSW p 1 | 250 | | | X | X | | | | | | | | | | | | | | | | | X | | | |
| Transcript of President's Comments on encryption at SXSW p 2 | 251 | | | | | | | | | | | | | | | | | | | | X | | | | |
| Transcript of President's Comments on encryption at SXSW p 3 | 252 | | | | | | | | | | | | | | | | | | | | X | | | | |
| Transcript of President's Comments on encryption at SXSW p 4 | 253 | | | | | | | | | | | | | | | | | | | | X | | | | |
| Discussion draft of Congressional Bill from 114th Congress 2d Session p 1 | 254 | | | X | X | | | | | | | | | | | | | | | | | X | | | |
| Discussion draft of Congressional Bill from 114th Congress 2d Session p 2 | 255 | | | | | | | | | | | | | | | | | | | | X | | | | |
| Discussion draft of Congressional Bill from 114th Congress 2d Session p 3 | 256 | | | | | | | | | | | | | | | | | | | | X | | | | |
| Discussion draft of Congressional Bill from 114th Congress 2d Session p 4 | 257 | | | | | | | | | | | | | | | | | | | | X | | | | |
| Discussion draft of Congressional Bill from 114th Congress 2d Session p 5 | 258 | | | | | | | | | | | | | | | | | | | | X | | | | |
| Discussion draft of Congressional Bill from 114th Congress 2d Session p 6 | 259 | | | | | | | | | | | | | | | | | | | | X | | | | |
| Discussion draft of Congressional Bill from 114th Congress 2d Session p 7 | 260 | | | | | | | | | | | | | | | | | | | | X | | | | |
| Discussion draft of Congressional Bill from 114th Congress 2d Session p 8 | 261 | | | | | | | | | | | | | | | | | | | | X | | | | |
| Discussion draft of Congressional Bill from 114th Congress 2d Session p 9 | 262 | | | | | | | | | | | | | | | | | | | | X | | | | |
| Agenda for Meeting with POTUS re Encryption p 1 | 263 | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Agenda for Meeting with POTUS re Encryption p 2 | 264 | | | X | X | | | | | | | | | | | | | | | | | X | | | |

# 18-cv-00967
## Page Disposition Totals

**Page Disposition Totals**

**Total: 264**
  RIF: 20
  RIP: 128
  WIF: 116
    • FOIA Exemptions:   62
    • Duplicate:        53
    • Other:             1